```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10                                   )
                                     )
11  UNITED STATES OF AMERICA,        )   CASE NO. 1:11-cr-000428 LJO
                                     )
12           Plaintiff,              )   STIPULATION TO CONTINUE
                                     )   ARRAIGNMENT AND ORDER
13      v.                           )
                                     )
14  RONALD WILKOWSKI,                )   DATE: January 23, 2012
                                     )   TIME: 1:30 P.M.
15           Defendant.              )   PLACE: TBD
                                     )
16  _____    )
```

17      IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, that the current arraignment on

19 Indictment set for December 15, 2011, at 1:30 p.m., be continued

20 to January 23, 2012, at 1:30 p.m. before the duty Magistrate

21 Judge.

22      The parties further stipulate and agree that the time between

23 November 7, 2011, and January 23, 2012 be excluded from the

24 calculation of time under the Speedy Trial Act.  The parties

25 stipulate that the ends of justice are served by the Court

26 excluding such time, so that counsel for the defendant may have

27 time necessary for effective preparation, taking into account the

28 exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

                                    1

Specifically, the defendant is hospitalized after suffering a heart attack and reportedly a stroke. It is unknown at this time when he will be released from the hospital and able to attend court proceedings. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

DATED: December 15, 2011　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By /s/Laurel J. Montoya
　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　Assistant U.S. Attorney


DATED: December 15, 2011　　　/S/Anthony Capozzi
　　　　　　　　　　　　　　　ANTHONY CAPOZZI
　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED, that the Arraignment on Indictment hearing of December 15, 2011 at 1:30 p.m. be continued to January 23, 2012 at 1:30 p.m. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

　　　IT IS SO ORDERED.

　　**Dated:　December 16, 2011**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE