1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARIO AVILA

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )  No. 1:11-cr-0428 LJO
12              Plaintiff,            )
                                      )  STIPULATION TO CONTINUE STATUS
13      v.                            )  CONFERENCE AND PROPOSED ORDER
                                      )  THEREON
14 MARIO AVILA,                       )
                                      )  Date:  March 5, 2012
15              Defendant.            )  Time:  1:00 p.m.
   _____)  Judge: Lawrence J. O'Neill
16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective

18 attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for

19 January 23, 2012, **may be continued to March 5, 2012, at 1:00 p.m.**  The government is in agreement to

20 this request.

21      The reason for this request is due to the continuance is to allow counsel for defendant time to

22 review discovery, preliminary investigation and consideration of government's offer.  The requested

23 continuance will conserve time and resources for both counsel and the Court and also allow for continuity

24 of counsel in these proceedings.

25 ///

26 ///

27 ///

28 ///

BENJAMIN B. WAGNER
United States Attorney

DATED: January 20, 2012                    /s/ Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: January 20, 2012                    /s/ Francine Zepeda
                                           FRANCINE ZEPEDA
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Mario Avila

**O R D E R**

IT IS SO ORDERED.

**Dated:    January 20, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE