BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00428-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RONALD WILKOWSKI, and MARIO AVILA. | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 16, 2012 at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the status conference until August 20, 2012 at 1:00 p.m. and to exclude time between July 16, 2012 and August 20, 2012 under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant Wilkowski is scheduled to begin a jury trial on July 13, 2012 and will be unavailable on the date presently set for status conference in this matter. Further, additional time is needed to consult with the clients and the government regarding plea negotiations and conduct any further investigation that may arise as the result of the negotiations.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2012 to August 20, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 12, 2012     /s/ Laurel J. Montoya  
LAUREL J. MONTOYA  
Assistant United States Attorney

DATED: July 12, 2012     /s/ Anthony P. Capozzi  
ANTHONY P. CAPOZZI  
Attorney for Defendant Wilkowski

DATED: July 12, 2012     /s/ Francine Zepeda  
FRANCINE ZEPEDA  
Attorney for Defendant Avila

Avila, et al. Stipulation and Order

O R D E R

The parties' request for a continuance of the status conference is GRANTED.

The parties are cautioned that any further request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are needed, to move the case forward. Counsel's calendar conflict alone does not constitute good cause.

IT IS SO ORDERED.

Dated: **July 13, 2012** /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Avila, et al. Stipulation and Order

3