ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
RONALD WILKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00428-LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| RONALD WILKOWSKI, | ) |
| Defendant. | ) Date: August 5, 2013 |
| | ) Time: 8:30 a.m. |
| | ) Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 5, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **September 23, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant has requested his medical records and is waiting for the Doctor's Office and Pharmacy to provide them to Defense Counsel. Partial records have

been obtained, however, additional records are needed. The additional time is needed to review the records and consult with the Doctor.

b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 18, 2013

                                */s/ Laurel J. Montoya*
                                Assistant United States Attorney

Dated: July 18, 2013

                                */s/ Anthony P. Capozzi*
                                Anthony P. Capozzi
                                Attorney for
                                RONALD WILKOWSKI

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled for August 5, 2013, at 8:30 a.m. is continued to **September 23, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **July 18, 2013**                      **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE