ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
RONALD WILKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00428-LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| RONALD WILKOWSKI, | ) |
| | ) Date: September 23, 2013 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 23, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **November 25, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant has submitted numerous requests for his medical records and is waiting for the Doctor's Office and Pharmacy to respond and/or provide them to Defense

PDF created with pdfFactory trial version www.pdffactory.com

Counsel. Partial records have been received. However, additional records are needed. The additional time is needed to review the records and consult with the Doctor.

    b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: September 18, 2013        */s/ Laurel J. Montoya*
                                                Assistant United States Attorney

Dated: September 18, 2013        */s/ Anthony P. Capozzi*
                                                Anthony P. Capozzi
                                                Attorney for
                                                RONALD WILKOWSKI

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

The Sentencing currently scheduled for September 23, 2013, at 8:30 a.m. is continued to **November 25, 2013, at 8:30 a.m. THERE WILL BE NO MORE FUTURE CONTINUANCES GRANTED.**

**IT IS SO ORDERED.**

**Dated: September 19, 2013**        /s/ Lawrence J. O'Neill
                                                **UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com